IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-177-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER ALLOWING** |
| ) | **STAY OF CIVIL CASE** |
| $31,448.00 IN U. S. CURRENCY, ) | |
| $23,412.00 IN U. S. CURRENCY, ) | |
| AND $88,222.00 IN U. S. CURRENCY, ) | |
| ) | |
| Defendants. ) | |

On motion of the Government with consent of Claimant, and for good cause shown, it is hereby

ORDERED that this case shall be stayed until the conclusion of all criminal proceedings in respect to the Claimant in <u>United States v. Andrew Hargett, Jr.</u>, No. 5:15-CR-374-1D(1).

SO ORDERED this _16_ day of March, 2017.

_____
JAMES C. DEVER, III
Chief United States District Judge