UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:16-CV-177-D** |
| $31,448.00 IN U.S. CURRENCY, $23,412.00 ) | |
| IN U.S. CURRENCY, and $88,222.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the government's motion for summary judgment [D.E. 29].

**This Judgment Filed and Entered on December 1, 2020, and Copies To:**

| | |
|---|---|
| Andrew Hargett, Jr. | (Sent to Elkton- FCI via US Mail) |
| Matthew Lee Fesak | (via CM/ECF electronic notification) |

DATE:  
December 1, 2020

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk